```
          UNITED STATES
          DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
           PITTSBURGH Division

      #  07003083  -  ER
          March 13, 2007


    Code    Case #     Qty      Amount

    CIVIL FI 07-322    1 @    350.00
                                350.00 CC


    TOTAL→                    350.00



    FROM: BRUCE CARLSON
          CARLSON LYNCH LTD
          231 MELVILLE LANE
          SEWICKLEY, PA 15143
```