# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| MELANIE A. KLINGENSMITH, and PAUL KELLY, individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiff, ) | Civil Action |
| v. ) | No. 1:07-cv-01677-ODE-ECS |
| THE PARADIES SHOPS, INC., ) ) | |
| Defendant. ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), with the stipulated consent of the Defendant, the Plaintiffs hereby dismiss with prejudice their Complaint in this case.  Each party is to bear its own costs.

**STIPULATED TO** this 8th of July, 2008 by:

**//s Anthony C. Lake**
Anthony C. Lake, Esq.
Georgia Bar No. 431149
Thomas A. Withers, Esq.
Georgia Bar No. 772250
Gillen Parker & Withers, LLC
One Securities Centre, Suite 1050
3490 Piedmont Road, N.E.
Atlanta, GA  30305
Ph:   (404) 842-9700
Fax:  (404) 842-9750
E-mail: aclake@gcpwlaw.com

*Counsel for The Plaintiffs*

**//s Alison P. Danaceau**
Alison P. Danaceau
Georgia Bar No.  203755
CARLTON FIELDS, P.A.
1201 West Peachtree Street, Ste 3000
Atlanta, GA  30308-2222
Ph:   404/815-3400
Fax:   404/815-3415
E-mail:  adanaceau@carltonfields.com

*Counsel for The Defendant*

13481698.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MELANIE A. KLINGENSMITH, and PAUL KELLY, individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiff, ) | Civil Action |
| v. ) | No. 1:07-cv-01677-ODE-ECS |
| THE PARADIES SHOPS, INC., ) ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** has been served via the CM/ECF system to:

> R. Bruce Carlton, Esq.
> Carlson Lynch LTD.
> 231 Melville Lane
> P.O. Box 367
> Sewickley, PA  15143
>
> Anthony C. Lake, Esq.
> Thomas A. Withers, Esq.
> Gillen Parker & Withers, LLC
> One Securities Centre, Suite 1050
> 3490 Piedmont Road, N.E.
> Atlanta, GA  30305

This 8th[th] day of July, 2008.

*/s/ Alison Danaceau*
Alison Danaceau

13481698.1